1

2

3

4

5

6

7

8

9

10                        UNITED STATES DISTRICT COURT

11                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                            SOUTHERN DIVISION

13    UNITED STATES OF AMERICA,              No. SA CR 18-000243-AG

14              Plaintiff,                   ORDER CONTINUING TRIAL DATE AND
                                             FINDINGS REGARDING EXCLUDABLE
15              v.                           TIME PERIODS PURSUANT TO SPEEDY
                                             TRIAL ACT
16    MARGARET QUICK,
                                             **[PROPOSED] TRIAL DATE: 03/10/2020**
17              Defendant.
                                             **[PROPOSED] S/C DATE:   03/02/2020**
18

19         The Court has read and considered the Stipulation Regarding

20    Request for (1) Continuance of Trial Date and (2) Findings of

21    Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

22    parties in this matter.  The Court hereby finds that the Stipulation,

23    which this Court incorporates by reference into this Order,

24    demonstrates facts that support a continuance of the trial date in

25    this matter, and provides good cause for a finding of excludable time

26    pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

27         The Court further finds that: (i) the ends of justice served by

28    the continuance outweigh the best interest of the public and

1   defendant in a speedy trial; (ii) failure to grant the continuance

2   would be likely to make a continuation of the proceeding impossible,

3   or result in a miscarriage of justice; iii) the case is so unusual

4   and so complex, due to the nature of the prosecution and the

5   existence of novel questions of fact or law, that it is unreasonable

6   to expect preparation for pre-trial proceedings or for the trial

7   itself within the time limits established by the Speedy Trial Act;

8   and (iv) failure to grant the continuance would unreasonably deny

9   defendant continuity of counsel and would deny defense counsel the

10  reasonable time necessary for effective preparation, taking into

11  account the exercise of due diligence.

12       THEREFORE, FOR GOOD CAUSE SHOWN:

13       1.   The trial in this matter is continued from November 19,

14  2019, to **March 10, 2020 at 9:00 a.m.**  The status conference hearing

15  is continued to **March 2, 2020 at 2:00 p.m.**

16       2.   The time period of November 19, 2019, to March 10, 2020,

17  inclusive, is excluded in computing the time within which the trial

18  must commence, pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

20       3.   Defendant shall appear in Courtroom 10D of the Ronald

21  Reagan Federal Courthouse, 411 West 4th Street, Santa Ana, California

22  92701, on March 10, 2020, at 9:00 a.m.

23       4.   Nothing in this Order shall preclude a finding that other

24  provisions of the Speedy Trial Act dictate that additional time

25  periods are excluded from the period within which trial must

26  commence.  Moreover, the same provisions and/or other provisions of

27  the Speedy Trial Act may in the future authorize the exclusion of

28  ///

1 additional time periods from the period within which trial must

2 commence.

3     IT IS SO ORDERED.

4

5   September 17, 2019

6 DATE

        HONORABLE ANDREW J. GUILFORD
        UNITED STATES DISTRICT JUDGE