```
NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
     Ronald Reagan Federal Bldg. & U.S. Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3542
     Facsimile: (714) 338-3561
     E-mail:    Charles.E.Pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```



E-FILED
FEB 13 2020
Document #

cc: psa/uspo

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 18-000243-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MARGARET QUICK, | |
| Defendant. | [PROPOSED] TRIAL DATE: 05/26/2020<br>[PROPOSED] S/C DATE:   05/18/2020 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

1 would be likely to make a continuation of the proceeding impossible,
2 or result in a miscarriage of justice; iii) the case is so unusual
3 and so complex, due to the nature of the prosecution and the
4 existence of novel questions of fact or law, that it is unreasonable
5 to expect preparation for pre-trial proceedings or for the trial
6 itself within the time limits established by the Speedy Trial Act;
7 and (iv) failure to grant the continuance would unreasonably deny
8 defendant continuity of counsel and would deny defense counsel the
9 reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.

     THEREFORE, FOR GOOD CAUSE SHOWN:

     1.   The trial in this matter is continued from March 10, 2020, to May 26, 2020. The status conference hearing is continued to May 18, 2020, at 10:00 a.m.

     2.   The time period of March 10, 2020, to May 26, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

     3.   Defendant shall appear in Courtroom 6A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California, on May __, 2020, at 8:30 a.m.

     4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

27 ///
28 ///

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_2/13/2020_
DATE

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE