EVAN J. DAVIS, State Bar No. 250484
STEVEN TOSCHER, State Bar No. 91115
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212
Telephone:   (310) 281-3288
Facsimile:    (310) 859-5112
E-mail:         Davis@taxlitigator.com

Attorneys for Defendant
MARGARET QUICK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 8:18-cr-00243-PSG |
|---|---|
| Plaintiff, | **DEFENDANT MARGARET QUICK'S REQUEST FOR RETURN OF PASSPORT FROM PRETRIAL SERVICES** |
| v. | |
| MARGARET QUICK, | |
| Defendant. | |

      Based on the Court having exonerated Ms. Quick's bond, under which she had to surrender her passport to the Pretrial Services Agency ("Pretrial"), Ms. Quick requests that the Court enter an order directing Pretrial to return Ms. Quick's passport to Ms. Quick or her designee. Pretrial states they require an order to release the passport. Undersigned counsel sought the government's position on this request on October 5, 2022 but has not yet received a response from AUSA Charles Pell.

DATED: October 13, 2022        HOCHMAN SALKIN
                                    TOSCHER PEREZ PC

                                      By: <u>/s/ Evan J. Davis</u>

                                      EVAN J. DAVIS
                                      STEVEN TOSCHER
                                      Attorneys for Defendant
                                      MARGARET QUICK