# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br><br> Plaintiff(s), <br><br> v. <br><br> MARGARET QUICK <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:18−cr−00243−PSG <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   10/13/2022

Document No.:   82 & 84

Title of Document:   DEFENDANT MARGARET QUICKS REQUEST FOR RETURN OF PASSPORT FROM PRETRIAL SERVICES

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions and Related Filings Applications/Ex Parte Applications/Motions/Petitions/Requests−Order

The entry is blank

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 13, 2022   By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS